UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| XAVIER D. BATES, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) No. 4:05CV2238-DJS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

Pursuant to the memorandum opinion entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is denied.

**IT IS FURTHER ORDERED**, pursuant to § 2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this ____17th____ day of May, 2006.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE